**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   8:21–cv–00450–CJC–ADS                         Date   4/21/2021
Title      SUZANNE NA PIER V. KAREN LACKS RAMSTRUM ET AL

Present :  The Honorable  CORMAC J. CARNEY, U.S. DISTRICT JUDGE

          Cheryl Wynn                               Not Reported
          Deputy Clerk                       Court Reporter / Recorder

    Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

          None Present                             None Present

**Proceedings:      (IN CHAMBERS) ORDER DISMISSING ACTION ON
                    NOTICE OF SETTLEMENT**

    Having been advised by a Notice of Settlement [12] that the case has been
settled in its entirety, the Court hereby orders this action dismissed without
prejudice. The Court further orders all proceedings in the case vacated and taken
off calendar.

    The Court retains jurisdiction for forty–five (45) days to vacate this order and
to reopen the action upon showing of good cause that the settlement has not been
completed.

                                                          _   :   _
                                      Initials of Deputy Clerk:  cw